IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR96 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TODD SNYDER, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion to Extend Date for Voluntary Surrender (Filing No. 64). After considering the motion,

IT IS ORDERED that defendant's motion is granted in part. The defendant, Todd Snyder, is granted an extension until **December 5, 2005,** to report to FPC Yankton, South Dakota.

DATED this 29th day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge